UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM KOTEWA,

        Plaintiff,

                                  Case No. 16-cv-12205

v.                                     Honorable Marianne O. Battani

UNUM LIFE INSURANCE OF AMERICA,

        Defendant.

_____/

## JUDGMENT

On today's date, the Court issued an Opinion and Order Granting Defendant's Motion for Judgment on the Administrative Record, Denying Plaintiff's Motion for Judgment on the Administrative Record, and Affirming the Decision of the Plan Administrator.

For the reasons stated in the Order issued on today's date, a judgment is entered in favor of Defendant UNUM Life Insurance of America and against Plaintiff William Kotewa. The decision denying benefits is AFFIRMED.

Date: May 19, 2017                                s/Marianne O. Battani
                                                        MARIANNE O. BATTANI
                                                        United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on May 19, 2017.

                                                                  s/ Kay Doaks
                                                                    Case Manager